IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

STEPHEN SHEFFIELD,

        Plaintiff,

v.                                                     Civil Action No. 2:10cv46

LT. GIFFORD and
C/O D. MORGAN,

        Defendants.

## ORDER

It will be recalled that on April 19, 2010, Magistrate Judge David J. Joel filed his Report and Recommendation, wherein the Plaintiff was directed, in accordance with 28 U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within fourteen (14) days after being served with a copy of the Report and Recommendation. Plaintiff filed his objections on May 7, 2010.

Upon examination of the report from the Magistrate Judge, it appears to the Court that the issues raised by the Plaintiff in his civil rights complaint, wherein Plaintiff alleges that some of his personal property was lost during a transfer, were thoroughly considered by Magistrate Judge Joel in his Report and Recommendation. Upon review of the Plaintiff's objections, the Court finds that the Plaintiff has not raised any issues that were not already throughly considered and addressed by the Magistrate Judge in his Report and Recommendation. Moreover, the Court, upon an independent *de novo* consideration of all matters now before it, is of the opinion that the Report and Recommendation accurately reflects the law applicable to the facts and circumstances before the Court in this action. Therefore, it is

**ORDERED** that Magistrate Judge Joel's Report and Recommendation be, and the same hereby is, accepted in whole and that this civil action be disposed of in accordance with

the recommendation of the Magistrate Judge.  Accordingly, it is

**ORDERED** that the Plaintiff's civil rights complaint be, and the same hereby is, **DISMISSED with prejudice** for failure to state a claim, and that this civil action be **STRICKEN** from the docket of the Court.  It is further

**ORDERED** that the Clerk shall enter judgment for the Defendants.  It is further

**ORDERED** that, if Plaintiff should desire to appeal the decision of this Court, written notice of appeal must be received by the Clerk of this Court within thirty (30) days from the date of the entry of the Judgment Order, pursuant to Rule 4 of the Federal Rules of Appellate Procedure.  The $5.00 filing fee for the notice of appeal and the $450.00 docketing fee should also be submitted with the notice of appeal.  In the alternative, at the time the notice of appeal is submitted, Plaintiff may, in accordance with the provisions of Rule 24(a) of the Federal Rules of Appellate Procedure, seek leave to proceed *in forma pauperis* from the United States Court of Appeals for the Fourth Circuit.

The Clerk of Court is directed to transmit copies of this Order to the *pro se* Plaintiff and to any counsel of record.

**DATED**: July 6, 2010.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE